# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JEFFERY HAMMONS**                                                       **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 1:22-cv-93-TBM-RPM**

**BOBBY C. FAIRLEY, et al.**                                            **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Order issued this same day,

**IT IS ORDERED AND ADJUDGED** that this cause is DISMISSED WITHOUT PREJUDICE.

This, the 16th day of September, 2022.

*/s/ Taylor B. McNeel*
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**